Mr. & Mrs. Edward **ROBINSON**

v.

**COVENTRY SCHOOL COMMITTEE.**

No. 84–143–M.P.

Supreme Court of Rhode Island.

Dec. 19, 1984.

Bradford Gorham, Providence, for petitioners.

Bennett R. Gallo, Providence, for respondent.

### ORDER

The motion to dismiss the petition for writ of certiorari as moot is hereby granted.

Roland J. **ASSELIN** d/b/a
Town Tavern

v.

**STATE.**

No. 84–581–M.P.

Supreme Court of Rhode Island.

Jan. 10, 1985.

Stephen P. Nugent, Providence, John J. Nugent, Jr., Westport, Mass., for petitioner.

David Fox, Middletown, for respondent.

### ORDER

The petition for writ of certiorari is denied. The stay previously entered in this matter is vacated.

**STATE**

v.

**Roy P. BRIEHLER.**

No. 84–527–M.P.

Supreme Court of Rhode Island.

Jan. 10, 1985.

Dennis J. Roberts II, Atty. Gen., Jerry L. McIntyre, Providence, for petitioner.

Roy P. Briehler, pro se.

### ORDER

The petition for writ of certiorari is denied.